LEARY, Appellant, v. SANDBLOM IRON WORKS, Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Daniel J. Leary against the Sandblom Iron Works. P. M. Brown, of New York City, for appellant. F. Hulse, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LE CROIX, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Maude Le Croix against the City of Syracuse. No opinion. Judgment affirmed, with costs.

LEWCZYK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Kasimier Lewczyk, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

LEWICKI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Marie Lewicki, as administratrix, etc., against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS, J., votes to reverse, unless plaintiff stipulate to reduce the amount of the recovery to the sum of $15,000.

In re LEWIS. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of Samuel Lewis, Jr. No opinion. Reference ordered. Settle order on notice.

LIEBERMANN v. LIEBERMANN. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Sarah Liebermann against Joseph M. Liebermann. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LINDHEIM, Appellant, v. VARICK SECURITIES CO., Respondent. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Action by Moses Lindheim against the Varick Securities Company. J. Friedman, of New York City, for appellant. E. Goldmark, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LINEHAN, Appellant, v. UNITED TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Patrick Linehan against the United Traction Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the questions of the defendant's negligence and of the plaintiff's contributory negligence were questions of fact for the jury.
SMITH, P. J., and KELLOGG, J., dissent.

LOCKE, Appellant, v. TAYLOR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 6, 1912.) Action by Fred M. Locke against Vernon E. Taylor and another. No opinion. Order affirmed, with $10 costs and disbursements.

LONG ISLAND R. CO. v. FAIRCHILD et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by the Long Island Railroad Company against Laura M. Fairchild and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 152 App. Div. 723, 137 N. Y. Supp. 563) granted, questions certified, and order signed.

LONG ISLAND R. CO., Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by the Long Island Railroad Company against Daniel S. Jones and another. No opinion. Motion granted, with $10 costs. See, also, 151 App. Div. 407, 135 N. Y. Supp. 954.

LOOMIS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Leslie G. Loomis and another against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held*, that the words "Grand Street" in the bill of lading indicate the address of the consignee, and the fact that there is a Grand Street freight yard does not create an ambiguity sufficient to justify submitting to the jury the question of whether the words "Grand Street" were used to designate such freight yard as a place of delivery.
KRUSE and ROBSON, JJ., dissent.

In re LORD. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of John B. Lord, an attorney. No opinion. Motion denied.

LOWE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Minnie Lowe against the City of New York. L. Leale, of New York City, for appellant. N. Salsbury, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.